41 A.3d 852

**PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT
PARTNERS, L.P., d/b/a, Foxwoods Casino Philadelphia,
Petitioners**

v.

**PENNSYLVANIA GAMING CONTROL BOARD, and
Pennsylvania Gaming Control Board Bureau of
Investigation And Enforcement, Respondents.**

**No. 686 EAL 2011.**

Supreme Court of Pennsylvania.

March 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of March, 2012, the Petition for Allowance of Appeal is **DENIED.** The Application for Special Relief in the Nature of a Motion to Seal the Reproduced Record Submitted by Petitioner is **GRANTED.**